UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**BEAU ASHLEY DERISE**         CASE NO. 6:21-CV-00069
                                                                                             CASE NO. 6:21-CV-00251
                                                                                             CASE NO. 6:21-CV-00368
                                                                                             CASE NO. 6:21-CV-00396
                                                                                             CASE NO. 6:21-CV-00457
                                                                                             CASE NO. 6:21-CV-00803
                                                                                             CASE NO. 6:21-CV-00806
                                                                                             CASE NO. 6:21-CV-00819

**VERSUS**         JUDGE JUNEAU

**ACADIAN COMPANIES, ET AL**         MAGISTRATE JUDGE HANNA

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 6. After an independent review of the record and the applicable law, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Mr. Derise's complaints are **DISMISSED** for lack of subject matter jurisdiction. The Court further notes that, as Mr. Derise's complaints fail to state any plausible, nonfrivolous claims on which relief can be granted, he is hereby **WARNED** that the filing of any additional frivolous lawsuits

will result in his being ordered to show cause why he should not be placed on the list of sanctioned/barred litigants for this district, so that he is barred from filing any action in the United States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the chief judge.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of May, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE